UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

CASE NO. 14-13158-FF
DC DOCKET NO. 5:13-cv-299-RS-CJK

RICHARD LOBERGER, etc.,

    Appellants,

vs.

DEL-JEN, INC. , and J & J
MAINTENANCE, INC.,

    Appellees.
_____/

**APPELLANTS' SECOND MOTON FOR ENLARGEMENT OF
TIME IN WHICH TO SERVE AND FILE INITIAL BRIEF**

Appellants respectfully seek an order deeming Appellant's Initial Brief timely filed. The Brief was due last evening by midnight. The undersigned, working from home, remotely accessed his firm's computer and attempted to upload the completed brief just before midnight October 6, 2014. The Internet browser would not permit the upload to begin until the undersigned updated the browser with the most recent Java script update. The undersigned tried that several times without success, and saw the midnight deadline pass in the process. The undersigned then email the brief to a home email address and encountered the same message. After thirty minutes, the browser finally allowed the brief to upload to this Court's website. That means the brief was filed about thirty minutes late. At 12:29 AM ET October 7, 2014, the undersigned email both counsels for Appellees,

briefly explained the situation, and asked their consent to the relief sought herein. Counsel for Appellees, James W. Seegers and Patrick L. Lail, respectively, both quickly and graciously consented to the requested enlargement.

Respectfully submitted,

s/ James Garrity
James Garrity FBN: 539211
MARIE A. MATTOX P.A.
310 East Bradford Road
Tallahassee, Florida 32303-4804
Telephone: (850) 383-4800
Facsimile:    (850) 383-4801

ATTORNEYS FOR APPELLANTS

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished by electronic mail to all counsel of record this 7th day of October 2014:

James W. Seegers, Esquire
BAKER & HOSTETLER, LLP
Post Office Box 112
200 South Orange Avenue
Sun Trust Center, Suite 2300
Orlando, Florida 32802-0112
COUNSEL FOR DEL-JEN, INC.

Patrick L. Lail, Esq.
Elarbee, Thompson, Sapp & Wilson, LLP
800 International Tower
229 Peachtree Street, N.E.
Atlanta, GA 30303
COUNSEL FOR DEFENDANT
J&J MAINTENANCE, INC.

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

The persons and entities known to Appellants to be interested in the outcome of this case are:

1. BAKER & HOSTETLER LLP

2. DEL-JEN, Inc. (Appellee)

3. ELARBEE, THOMPSON, SAPP, ETC LLP

4. Garrity, James (Counsel for Appellants)

5. J & J Maintenance, Inc. (Counsel for Appellee)

6. Lail, Patrick L. (Counsel for Appellee

7. Libby, Sean M. (Counsel for Appellee)

8. Loberger, Richard (Appellant)

9. Marie A. Mattox, P. A. (Counsel for Appellants)

10. Mattox, Marie (Counsel for Appellants)

11. Miller, Raymond (Appellant)

12. Seegers, James W. (Counsel for Appellee)

13. Smoak, Richard (federal Judge)

14. Wilson, Stanford G. (Counsel for Appellee)

Respectfully submitted,

s/ James Garrity
James Garrity [FBN 539211]
MARIE A. MATTOX, P. A.
310 East Bradford Road
Tallahassee, Florida 32303-4804
Telephone: (850) 383-4800
Facsimile:     (850) 383-4801
Jim@mattoxlaw.com
Jimgarritycell@gmail.com

ATTORNEYS FOR APPELLANTS